[No. 19809-6-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH DUNCAN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00187-6, James B. Sawyer II, J., entered August 3, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19818-5-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE LORENZE POWE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00292-9, Brian M. Tollefson, J., entered August 17, 1995. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19824-0-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON CRAIG DACHS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00013-3, James D. Roper, J., entered August 4, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 20384-7-II.    Division Two.    August 8, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERRY LYTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04484-2, Donald H. Thompson, J., entered February 13, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.